IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DALON V. RODGERS                                                                                    PLAINTIFF
#253210

v.                                          4:21CV00109-LPR-JTK

K. TIMS, et al.                                                                                    DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a careful and *de novo* review of the proposed findings and recommendations as well as the entire record, the Court adopts the proposed findings and recommendations in its entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED, for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 16th day of April, 2021.

                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE